United States ... urt
Southern ... ...as
F...

APR 3 0 2002

Michael N. Milby
Clerk of Court

B-02-76

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | CIVIL ACTION NO. B-02-053 |
| PETITION OF MORGAN SHRIMP INC | § | |
| AS OWNER AND OPERATOR OF THE | § | ADMIRALTY |
| RODNEY & BOBBY ITS ENGINES | § | |
| TACKLE ETC IN A CAUSE OF | § | (Subject to Rule 9h) of the |
| EXONERATION FROM OR LIMITATION | § | Federal Rules of Civil |
| OF LIABILITY | § | Procedure) |

## PETITIONER MORGAN SHRIMP, INC.'S LIST
## OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW Petitioner, MORGAN SHRIMP, INC.**, and files this its list of entities it presently believes are financially interested in this litigation:

MORGAN SHRIMP, INC.
117 Highland Drive
Brownsville, TX 78520
(956) 943-2656
-Petitioner

JUAN PABLO SANDOVAL
%Craig V. Depew
Clark, Depew & Tracey, Ltd., LLP
440 Louisiana, Suite 1600
Houston, TX 77002

The Petitioner's list of entities that it believes are financially interested in this litigation will be amended pursuant to the Court's scheduling order if parties are added or additional interested parties are identified.

                      Respectfully submitted,
                      RENTFRO, FAULK & BLAKEMORE, L.L.P

By: _____[signature]_____
    T. Mark Blakemore
       Federal ID No. 1915
       State Bar No. 02431800
    Daniel P. Whitworth
       Federal ID No. 23119
       State Bar No. 24008275

**Attorneys for MORGAN SHRIMP, INC.**

OF COUNSEL:
Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Blvd.
Brownsville, TX 78520

### CERTIFICATE OF SERVICE

I certify that I have not provided copies of the foregoing at this time because there is no counsel of record.

_____[signature]_____
T. Mark Blakemore

PETITIONER MORGAN SHRIMP INC'S
LIST OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION    Page 2 of 2
W:\00103*2\list of entities financially interest in lit 20020425 DPW/TMB/vpg