United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | CIVIL ACTION NO. B-02-053 |
| PETITION OF MORGAN SHRIMP INC | § | B-02-76 |
| AS OWNER AND OPERATOR OF THE | § | ADMIRALTY |
| RODNEY & BOBBY ITS ENGINES | § | |
| TACKLE ETC IN A CAUSE OF | § | (Subject to Rule 9h) of the |
| EXONERATION FROM OR LIMITATION | § | Federal Rules of Civil |
| OF LIABILITY | § | Procedure) |

## PETITIONER MORGAN SHRIMP, INC.'S STATEMENT IN LIEU OF JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(F) FEDERAL RULES OF CIVIL PROCEDURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Petitioner, **MORGAN SHRIMP, INC.**, and files this its statement in lieu of joint management plan and states the following:

Limitation of Liability Action:

1. This is a Limitation of Liability Action filed by the owner of the fishing vessel RODNEY & BOBBY. There are no defendants in this action. The action was filed within six months of the vessel owner receiving notice of claim in order to protect the vessel owner's right to pursue limitation of or exoneration from liability.

Claimants:

2. There is one claimant against the vessel RODNEY & BOBBY who has filed an action against the vessel owner, MORGAN SHRIMP, INC. in state court under cause number 2001-10-4376-D, styled JUAN PABLO SANDOVAL, Plaintiff, vs.

TWIN CITY SHRIMP COMPANY and MORGAN SHRIMP INC., Defendants, in the District Court of Cameron County, Texas, 103rd Judicial District.

Counsel:

3. List the names, bar numbers, addresses and telephone numbers of all counsel.

T. Mark Blakemore
Federal ID No. 448303
State Bar No. 02431800 (Texas)

RENTFRO FAULK & BLAKEMORE, LLP
185 E. Ruben Torres, Sr. Blvd.
Brownsville, TX 78520-9136
(956) 541-9600
(956) 541-9695
attorneys@rfbllp.com
Attorneys for
MORGAN SHRIMP, INC.

Petitioner therefore requests that the requirement for filing a case management plan be held in abeyance. Petitioner would suggest that the initial pre-trial conference scheduled for August 26, 2002 is premature; however, Petitioner's counsel will be in attendance unless other instructions or orders are received from the Court.

    Respectfully submitted,
    RENTFRO, FAULK & BLAKEMORE, L.L.P
    185 E. Ruben Torres, Sr. Blvd.
    Brownsville, TX 78520

    By: _____
    T. Mark Blakemore
      Federal ID No. 1915
      State Bar No. 02431800
    Daniel P. Whitworth
      Federal ID No. 23119
      State Bar No. 24008275

    **Attorneys for MORGAN SHRIMP, INC.**

PETITIONER MORGAN SHRIMP INC'S
STATEMENT IN LIEU OF JOINT MANAGEMENT PLAN    Page 2 of 3
W:\00103*2\Statement in Lieu of Joint Mgt Plan 20020807 TMB/vpg

## CERTIFICATE OF SERVICE

I certify that I have not provided copies of the foregoing at this time because there is no counsel of record.

_____
T. Mark Blakemore