United States District Court
Southern District of Texas
FILED

AUG 1 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | CIVIL ACTION NO. B-02-~~053~~ 76 |
| PETITION OF MORGAN SHRIMP INC | § | |
| AS OWNER AND OPERATOR OF THE | § | ADMIRALTY |
| RODNEY & BOBBY ITS ENGINES | § | |
| TACKLE ETC. IN A CAUSE OF | § | (Subject to Rule 9h) of the |
| EXONERATION FROM OR LIMITATION | § | Federal Rules of Civil |
| OF LIABILITY | § | Procedure) |

### PETITIONER MORGAN SHRIMP, INC.'S NOTICE OF SERVICE

**TO:** Clark, Depew & Tracy, Ltd., L.L.P., Attn: Craig V. Depew, 440 Louisiana, Suite 1600, Houston, Texas 77002.

**COMES NOW** Petitioner, **MORGAN SHRIMP, INC.**, and files this its notice of service and states the following:

There is one claimant against the vessel RODNEY & BOBBY who has filed an action against the vessel owner, MORGAN SHRIMP, INC. in state court under cause number 2001-10-4376-D, styled JUAN PABLO SANDOVAL, Plaintiff, vs. TWIN CITY SHRIMP COMPANY and MORGAN SHRIMP INC., Defendants, in the District Court of Cameron County, Texas, 103rd Judicial District and the undersigned hereby certifies that a true and correct copy of the Complaint and Petition of Morgan Shrimp, Inc. as Owner and Operator, of the Rodney & Bobby, its engines, Tackle, etc., in a cause of exoneration from or Limitation of Liability, Civil and Maritime was sent to claimant's counsel as stated above via the United States Postal Service.

Respectfully submitted,

RENTFRO, FAULK & BLAKEMORE, L.L.P
185 E. Ruben Torres, Sr. Blvd.
Brownsville, TX 78520
(956) 541-9600

By: _____
T. Mark Blakemore
Federal ID No. 1915; State Bar No. 02431800

**Attorneys for MORGAN SHRIMP, INC.**