# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Lehrman |
| DATE | 08 — 26 — 02 |
| TIME | a.m. — a.m.  / 2:15 p.m. — 2:25 p.m. |
| CIVIL ACTION | B — 02 — 076 |
| STYLE | In Re Morgan Shrimp Inc. *versus* |

United States District Court
Southern District of Texas
FILED
AUG 26 2002
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■ Initial Pre-Trial Conference   (Rptr.  Breck Record  )

Mark Blakemore for   ■ Ptf. #_____   ☐ Deft. #_____

■   Order to be entered.

■   Comments:

1. *Juan Pablo Sandoval v. Twin City Shrimp Company and Morgan Shrimp, Inc.*, Cause No. 2001-10-4376-D, is pending in District Court of Cameron County, Texas, 103rd Judicial District.

2. Attorneys for Mr. Sandoval, Clark, Depew & Tracy Ltd. LLP, have been notified of this pending action for limitation of liability.

3. Mr. Blakemore advised the court that there is only one claimant; therefore, this case should be abated until such time as the pending state court is finally resolved.

4. The Court will enter an order staying this case until the conclusion of the state court action and requiring Mr. Blakemore to notify the Court of the progress of the state court action.