United States District Court
Southern District of Texas
FILED

AUG 3 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION § | | C.A. NO. B-02-076 |
| OF MORGAN SHRIMP INC § | | |
| as Owner and Operator of THE § | | Federal Rules of Civil Procedure |
| RODNEY & BOBBY Its Engine Tackle etc. § | | Rule 9(h) - ADMIRALTY |
| Its Engines Tackle etc., For Exoneration § | | |
| from or Limitation of Liability § | | |

### CLAIMANT, JUAN PABLO SANDOVAL
### DISCLOSURE OF INTERESTED PARTIES

Pursuant to the Court Order for Conference and Disclosure of Interested Parties, set forth below is Claimant, JUAN PABLO SANDOVAL'S list of persons or entities that are financially interested in the outcome of the above-referenced and entitled litigation:

1. Juan Pablo Sandoval;

2. Morgan Shrimp, Inc.;

3. Twin City Shrimp Company; and

3. Clark, Depew & Tracey, Ltd., L.L.P.

Respectfully submitted,

CLARK, DEPEW & TRACEY, LTD., L.L.P.

_____
Craig V. Depew
Attorney-in-Charge
State Bar No. 05655820
Federal Bar I.D. # 10341
Alexander C. Papandreou
State Bar No. 00791401
Federal Bar I.D. # 18598
440 Louisiana, Suite 1600
Houston, Texas 77002
(713) 757-1400
(713) 759-1217 (FAX)
**ATTORNEYS FOR CLAIMANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been transmitted to all counsel of record in accordance with the Federal Rules of Civil Procedure, this __7th__ day. of November 2002.

_____
Alexander C. Papandreou