| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| IN RE: THE COMPLAINT AND § <br> PETITION OF MORGAN SHRIMP, INC. § <br> AS OWNER AND OPERATOR OF THE § <br> RODNEY & BOBBY ITS ENGINES § <br> TACKLE ETC IN A CAUSE OF § <br> EXONERATION FROM OR LIMITATION § <br> OF LIABILITY § | | CIVIL ACTION: B-02-76 |

United States District Court
Southern District of Texas
ENTERED

SEP 27 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER SETTING CONFERENCE

1. A status conference will be held on:

   __October 15__, 2002,

   at __3:00__ p.m.

   Before the Honorable Hilda G. Tagle
   United States District Judge
   Third Floor-Courtroom No. 3
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas 78520

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed __September 27__, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge