*10*

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| IN RE: MORGAN SHRIMP | § § § § § § § | CIVIL ACTION: B: 02-76 |

United States District Court
Southern District of Texas
ENTERED
OCT 15 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Setting Teleconference

A telephone conference is hereby scheduled for *October 16, 2002 at 10:00 a.m.*

The Case Manager will initiate the call. All counsel must be on standby until called.

Signed on _October 15_, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge