*12*

# RENTFRO, FAULK & BLAKEMORE, L.L.P.
### ATTORNEYS, COUNSELORS AND MEDIATORS

T. Mark Blakemore
*Also licensed in Florida*
*Civil Law Notary*
Daniel Rentfro, Jr.
*Member, Attorney-Mediators Institute*
William L. Rentfro
William A. Faulk, Jr.

Jana Smith Whitworth
Daniel P. Whitworth

185 E. RUBEN M. TORRES, SR. BOULEVARD
(FM 802 AT MCALLEN ROAD)
BROWNSVILLE, TEXAS 78520-9136

Tel.: 956-541-9600
Fax: 956-541-9695
E-Mail: attorneys@rfbllp.com

Of Counsel
Daniel L. Rentfro
William A. Faulk, Sr.

Kenneth S. Harder
Board Certified
*Immigration & Nationality Law*
*Texas Board of Legal Specialization*

November 14, 2002

United States District Court
Southern District of Texas
FILED

NOV 1 4 2002

Michael N. Milby
Clerk of Court

Judge Hilda G. Tagle
United States District Court
600 E. Harrison Room 306
Brownsville, Texas 78520-7114

Re:   Civil Action B-02-053, 02-76 In re the Complaint and Petition of Morgan Shrimp, Inc. as owner and operator of the Rodney & Bobby its engines, tackle, etc., in a cause of exoneration from or limitation of liability
      Our File No. 00103

Dear Judge Tagle:

We are writing to update you on our progress in resolving our case. Settlement discussions are ongoing. The petitioner is scheduled to meet with counsel next week after the company president returns from traveling this week. We expect significant progress to be made at the meeting. We shall provide you with a more substantive update after next week, if this is acceptable to you.

Respectfully yours,
Rentfro, Faulk & Blakemore, LLP

By: _____
T. Mark Blakemore
Attorney-in-charge for Petitioner

Clark, Depew & Tracey, Ltd., LLP

By: _____
Craig Depew by permission
Attorney-in-charge for Claimant
Alexander Papandreau
Attorney for Claimant