United States District Court
Southern District of Texas
FILED

JUL 3 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | CIVIL ACTION NO. B-02-076 |
| PETITION OF MORGAN SHRIMP INC | § | |
| AS OWNER AND OPERATOR OF THE | § | ADMIRALTY |
| RODNEY & BOBBY ITS ENGINES | § | |
| TACKLE ETC IN A CAUSE OF | § | (Subject to Rule 9h) of the |
| EXONERATION FROM OR LIMITATION | § | Federal Rules of Civil |
| OF LIABILITY | § | Procedure) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW JUAN PABLO SANDOVAL, sole claimant, and MORGAN SHRIMP, INC., Petitioner, in the above-entitled action and file this their Joint Motion to Dismiss With Prejudice, and in support thereof, would respectfully show the Court as follows:

I.

Because the parties have resolved all matters in controversy, both factual and legal, the parties respectfully request that the Court dismiss this action with prejudice.

II. Prayer

WHEREFORE, the parties request that the Court dismiss this action with prejudice, and that all costs of court be taxed against each party incurring same.

Respectfully submitted,

_____
T. Mark Blakemore
State Bar No. 02431800 – FedID#1915

Attorney, Counselor and Mediator
835 E. Levee Street, Sixth Floor
Brownsville, Texas 78520-5101
Telephone: (956) 541-5900
Facsimile: (956) 541-5905

**Attorney for the Defendants**

_____
Craig V. Depew
State Bar No. 05655820 – FedID#10341

Clark, Depew & Tracey, Ltd, L.L.P.
440 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 757-1400
Facsimile: (713) 759-1217

**Attorneys for the Plaintiff**