United States District Court
Southern District of Texas
ENTERED

AUG 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE THE COMPLAINT AND §
PETITION OF MORGAN SHRIMP INC §
AS OWNER AND OPERATOR OF THE §
RODNEY & BOBBY ITS ENGINES §
TACKLE ETC IN A CAUSE OF §
EXONERATION FROM OR LIMITATION §
OF LIABILITY §

CIVIL ACTION NO. B-02-076

ADMIRALTY

(Subject to Rule 9h) of the
Federal Rules of Civil
Procedure)

## AGREED ORDER OF DISMISSAL

On the 4th day of August, 2003, the Court considered the parties' request for execution and entry of an order dismissing this case with prejudice. After considering this request, the Court hereby

GRANTS the request and DISMISSES WITH PREJUDICE this cause of action and orders the Clerk to remove this action from its active docket.

ORDERS that the parties are responsible for their own costs of court.

SIGNED on the 4th day of August, 2003.

UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED BY:

T. Mark Blakemore
State Bar No. 02431800 – FedID#1915

Attorney, Counselor and Mediator
835 E. Levee Street, Sixth Floor
Brownsville, Texas 78520-5101
Telephone: (956) 541-5900
Facsimile: (956) 541-5905

**Attorney for the Defendants**

Craig V. Depew
State Bar No. 05655820 – FedID#10341

Clark, Depew & Tracey, Ltd, L.L.P.
440 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 757-1400
Facsimile: (713) 759-1217

**Attorneys for the Plaintiff**